IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00292 |
| | ) | Judge Trauger |
| FRANCO MARQUEZ-RODRIGUEZ, | ) | |
| a/k/a "CESAR" | ) | |

**O R D E R**

The defendant's Motion to Dismiss (Docket No. 20), which is not opposed by the government (Docket No. 21), is **GRANTED**. It is hereby **ORDERED** that all charges against this defendant in this case are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 21st day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge